# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

## -v-

## *DEFENDANT*

**DOCKET NUMBER:** 18 CV 9518

**DATE FILED:** OCT 1 7 2018

**SIGNED BY:** JUDGE McMAHON

**DATE SIGNED:** OCT 1 7 2018

## TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

_____ COMPLAINT / PETITION ONLY

 OTHER DOCUMENTS / EXHIBITS